**William James CARTER, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28365.

Court of Criminal Appeals of Texas.

June 6, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Having entered his plea of guilty before the court, appellant was convicted of the offense of murder without malice; the punishment assessed, 5 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.